

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 2 7 2011

CLERK, U.S. DISTRICT COURT

By_____
              Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH M. LANGER, et al.,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:10-cv-956-O** |
| | § | |
| **DEWOLFF, BOBERG &** | § | |
| **ASSOCIATES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## COURT'S CHARGE

1  MEMBERS OF THE JURY:

2        You have heard the evidence in this case. I will now instruct you on the law that you must

3  apply. It is your duty to follow the law as I give it to you. On the other hand, you the jury are the

4  judges of the facts. Do not consider any statement that I have made in the course of trial or make

5  in these instructions as an indication that I have any opinion about the facts of this case.

6        After I instruct you on the law, the attorneys will have an opportunity to make their closing

7  arguments. Statements and arguments of the attorneys are not evidence and are not instructions on

8  the law. They are intended only to assist the jury in understanding the evidence and the parties'

9  contentions.

10        Answer the question from the facts as you find them. Do not decide who you think should

11  win and then answer the question accordingly. Your answer and your verdict must be unanimous.

12      You must answer the question according to the preponderance of the evidence. By this is

13   meant the greater weight and degree of credible evidence before you.  In other words, a

14   preponderance of the evidence just means the amount of evidence that persuades you that a claim

15   is more likely so than not so. In determining whether any fact has been proved by a preponderance

16   of the evidence in the case, you may, unless otherwise instructed, consider the testimony of all

17   witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless

18   of who may have produced them.

19      In determining the weight to give to the testimony of a witness, you should ask yourself

20   whether there was evidence tending to prove that the witness testified falsely concerning some

21   important fact, or whether there was evidence that at some other time the witness said or did

22   something, or failed to say or do something, that was different from the testimony the witness gave

23   before you during the trial.

24      You should keep in mind, of course, that a simple mistake by a witness does not necessarily

25   mean that the witness was not telling the truth as he or she remembers it, because people may forget

26   some things or remember other things inaccurately.  So, if a witness has made a misstatement, you

27   need to consider whether that misstatement was an intentional falsehood or simply an innocent lapse

28   of memory; and the significance of that distinction may depend on whether the misstatement

29   concerns an important fact or only an unimportant detail.

30      While you should consider only the evidence in this case, you are permitted to draw such

31   reasonable inferences from the testimony and exhibits as you feel are justified in light of common

32   experience.  In other words, you may make deductions and reach conclusions that reason and

33    common sense lead you to draw from the facts that have been established by the testimony and

34    evidence in the case.

35          The testimony of a single witness, if believed after considering all the other evidence, may

36    be sufficient to prove any fact, even if a greater number of witnesses may have testified to the

37    contrary.

38          There are two types of evidence that you may consider in properly finding the truth as to the

39    facts in the case. One is direct evidence—such as testimony of an eyewitness. The other is indirect

40    or circumstantial evidence—the proof of a chain of circumstances that indicates the existence or

41    nonexistence of certain other facts. As a general rule, the law makes no distinction between direct

42    and circumstantial evidence, but simply requires that you find the facts from a preponderance of all

43    the evidence, both direct and circumstantial.

44          This case arises under the Fair Labor Standards Act ("FLSA"), a federal law that provides

45    for the payment of time-and-a-half overtime pay to certain categories of employees. The Plaintiffs

46    claim that they were covered by the FLSA and that the Defendant DeWolff, Boberg & Associates,

47    Inc. ("DBA") did not pay them the legally required overtime pay. DBA claims that the Plaintiffs

48    were exempt from the FLSA and consequently were not owed overtime pay. The exemption claimed

49    by DBA is the administrative exemption.

50          To establish that the Plaintiffs were exempt, DBA must prove by a preponderance of the

51    evidence the following essential elements of the administrative exemption:

52          1.    That the Plaintiffs were compensated on a salary basis at a rate not less than $455 per

53                week. The parties have stipulated, or agreed, to this first fact and you should

54                consider it as established.

3

2.  That the Plaintiffs' primary duties were the performance of office or non-manual work directly related to the management or general business operations of DBA or DBA's customers; and

3.  That the Plaintiffs' primary duties included the exercise of discretion and independent judgment with respect to matters of significance.

The term "primary duty" means the principal, main, major, or most important duty that an employee performs. Determination of an employee's primary duty must be based on all the facts in a particular case, with the major emphasis on the character of the employee's job as a whole. Factors to consider when determining the primary duty of an employee include, but are not limited to, the relative importance of the exempt duties as compared with other types of duties; the amount of time spent performing exempt work; the employee's relative freedom from direct supervision; and the relationship between the employee's salary and the wages paid to other employees for the kind of nonexempt work performed by the employee.

You will also have to determine whether the primary duty of DBA Staff Associates involves work "directly related to the management or general business operations." This phrase refers to the type of work performed by the employee. To meet this requirement, an employee must perform work directly related to assisting with the running or servicing of the business, as distinguished, for example, from working on a manufacturing production line or selling a product in a retail or service establishment.

"Work directly related to management or general business operations" includes work in functional areas such as tax; finance; accounting; budgeting; auditing; insurance; quality control; purchasing; procurement; advertising; marketing; research; safety and health; personnel

4

77    management; human resources; employee benefits; labor relations; public relations, government

78    relations; computer network, internet, and database administration; legal and regulatory compliance;

79    and similar activities.

80         An employee may qualify for the administrative exemption if the employee's primary duty

81    is the performance of work directly related to the management or general business operations of the

82    employer's customers. Thus, for example, employees acting as advisers or consultants to their

83    employer's clients or customers (as tax experts or financial consultants, for example) may be exempt.

84         I will now explain what is meant by the terms "exercising discretion and independent

85    judgment" and "with respect to matters of significance." In general, the exercise of discretion and

86    independent judgment involves the comparison and the evaluation of possible courses of conduct,

87    and acting or making a decision after the various possibilities have been considered. The term

88    "matters of significance" refers to the level of importance or consequence of the work performed.

89         Factors to consider when determining whether an employee exercises discretion and

90    independent judgment with respect to matters of significance include, but are not limited to: whether

91    the employee has authority to formulate, affect, interpret, or implement management policies or

92    operating practices; whether the employee carries out major assignments in conducting the

93    operations of the business; whether the employee performs work that affects business operations to

94    a substantial degree, even if the employee's assignments are related to operation of a particular

95    segment of the business; whether the employee has authority to commit the employer in matters that

96    have significant financial impact; whether the employee has authority to waive or deviate from

97    established policies and procedures without prior approval; whether the employee has authority to

98    negotiate and bind the company on significant matters; whether the employee provides consultation

99    or expert advice to management; whether the employee is involved in planning long-term or

100   short-term business objectives; whether the employee investigates and resolves matters of

101   significance on behalf of management; and whether the employee represents the company in

102   handling complaints, arbitrating disputes, or resolving grievances.

103         Other factors which have been found relevant in assessing whether an employee exercises

104   discretion and independent judgment include the employee's freedom from direct supervision,

105   personnel responsibilities, troubleshooting or problem-solving activities on behalf of management,

106   use of personalized communication techniques, authority to handle atypical or unusual situations,

107   authority to set budgets, responsibility for assessing customer needs, primary contact to public or

108   customers on behalf of the employer, the duty to anticipate competitive products or services and

109   distinguish them from competitors' products or services, advertising or promotion work, and

110   coordination of departments, requirements, or other activities for or on behalf of employer or

111   employer's clients or customers.  Employees who meet at least two or three of these factors are

112   generally found to be exercising discretion and independent judgment, although a case-by-case

113   analysis is required.

114         The exercise of discretion and independent judgment implies that the employee has authority

115   to make an independent choice, free from immediate direction or supervision.  However, employees

116   can exercise discretion and independent judgment even if their decisions or recommendations are

117   reviewed at a higher level.  Thus, the term "discretion and independent judgment" does not require

118   that the decisions made by an employee have a finality that goes with unlimited authority and a

119   complete absence of review.  The decisions made as a result of the exercise of discretion and

120   independent judgment may consist of recommendations for action rather than the actual taking of

121 action.  The fact that an employee's decision may be subject to review and that upon occasion the

122 decisions are revised or reversed after review does not mean that the employee is not exercising

123 discretion and independent judgment.

124      An employer's volume of business may make it necessary to employ a number of employees to

125 perform the same or similar work.  The fact that many employees perform identical work or work of the

126 same relative importance does not mean that the work of each such employee does not involve the

127 exercise of discretion and independent judgment with respect to matters of significance.

128      The exercise of discretion and independent judgment must be more than the use of skill in

129 applying well-established techniques, procedures, or specific standards described in manuals or other

130 sources.  The exercise of discretion and independent judgment also does not include clerical or

131 secretarial work, recording or tabulating data, or performing other mechanical, repetitive, recurrent, or

132 routine work.  An employee who simply tabulates data is not exempt, even if labeled as a "statistician."

133      An employee does not exercise discretion and independent judgment with respect to matters of

134 significance merely because the employer will experience financial losses if the employee fails to

135 perform the job properly.  For example, a messenger who is entrusted with carrying large sums of money

136 does not exercise discretion and independent judgment with respect to matters of significance even

137 though serious consequences may flow from the employee's neglect.  Similarly, an employee who

138 operates very expensive equipment does not exercise discretion and independent judgment with respect

139 to matters of significance merely because improper performance of the employee's duties may cause

140 serious financial loss to the employer.

141      Work that is "directly and closely related" to the performance of exempt work is also

142 considered exempt work.  The phrase "directly and closely related" means tasks that are related to

143 exempt duties and that contribute to or facilitate performance of exempt work.  Thus, "directly and

144 closely related" work may include physical tasks and menial tasks that arise out of exempt duties,

145 and the routine work without which the exempt employee's exempt work cannot be performed

146 properly. Work "directly and closely related" to the performance of exempt duties may also include

147 recordkeeping; monitoring and adjusting machinery; taking notes; using the computer to create

148 documents or presentations; opening the mail for the purpose of reading it and making decisions;

149 and using a photocopier or fax machine. Work is not "directly and closely related" if the work is

150 remotely related or completely unrelated to exempt duties.

151  The following is an example that further illustrates the type of work that is normally

152 considered as directly and closely related to exempt work:

153  A business consultant may take extensive notes recording the flow of work and materials

154 through the office or plant of the client; after returning to the office of the employer, the consultant

155 may personally use the computer to type a report and create a proposed table of organization.

156 Standing alone, or separated from the primary duty, such note-taking and typing would be routine

157 in nature. However, because this work is necessary for analyzing the data and making

158 recommendations, the work is directly and closely related to exempt work. While it is possible to

159 assign note-taking and typing to nonexempt employees, and in fact it is frequently the practice to do

160 so, delegating such routine tasks is not required as a condition of exemption.

161  Included among the types of positions that may qualify for the administrative employee

162 exemption are management consultants who study the operations of a business and propose changes

163 in the organization, and employees who lead teams of other employees assigned to complete major

164 projects for the employer (such as purchasing, selling, or closing all or part of the business,

165 negotiating a real estate transaction or a collective bargaining agreement, or designing and

8

166    implementing productivity improvements), even if the employee does not have direct supervisory

167    responsibility over the other employees on the team.

168        The following positions have also been found to qualify for the administrative exemption:

169    human resources consultants; software consultants; training consultants; rehabilitation specialists

170    who advise clients; financial analysts; work planners who provide advice in plant operations; office

171    managers; event coordinators; shipyard production managers; marketing representatives; payroll

172    supervisors; table games supervisors; grant, funding and budget managers; software account

173    managers; and insurance claim adjusters.

174        The following are types of positions that typically do not qualify for the administrative

175    employee exemption: personnel clerks who screen applicants to obtain data regarding their minimum

176    qualifications and fitness for employment; ordinary inspection work; examiners or graders (such as

177    employees that grade lumber); comparison shopping performed by an employee of a retail store who

178    reports to the buyer the prices at the competitor's store; public sector inspectors or investigators such

179    as fire prevention or safety, building or construction, health or sanitation, environmental or soils

180    specialists; and similar employees.

181        In a general sense, a civil trial such as this has two issues: liability and damages. Prior to the

182    start of this trial, I issued a ruling that bifurcated this trial, that is, cut this trial into two parts. What

183    that means is that you have heard only the evidence that relates to liability, and you will decide that

184    issue. I will be instructing you only on the law that applies to the issue of liability at this time. You

185    must not speculate about the Plaintiffs' damages in deliberating the issue of liability.

186        It is your sworn duty as jurors to discuss the case with one another in an effort to reach

187    agreement if you can do so. Each of you must decide the case for yourself, but only after full

188    consideration of the evidence with the other members of the jury. While you are discussing the case,

189    do not hesitate to re-examine your own opinion and change your mind if you become convinced that

190    you are wrong.  However, do not give up your honest beliefs solely because the others think

191    differently, or merely to finish the case.

192            Remember that in a very real way you are the judges–judges of the facts.  Your only interest

193    is to seek the truth from the evidence in the case.

194            When you retire to the jury room to deliberate, you may take with you this charge and the

195    exhibits that the Court has admitted into evidence.  Select your Foreperson and conduct your

196    deliberations.  If you recess during your deliberations, follow all of the instructions that I have given

197    you concerning your conduct during the trial.  After you have reached your unanimous verdict, your

198    Foreperson must fill in your answer to the written question and sign and date the verdict form.

199    Return this charge together with your written answer to the question.  Unless I direct you otherwise,

200    do not reveal your answer until such time as you are discharged.

201            If you want to communicate with me at any time, please give a written message to the Court

202    Security Officer, who will bring it to me.  I will then respond as promptly as possible, either in

203    writing or by meeting with you in the courtroom.  Before I answer your question, I will always first

204    show the attorneys your question and my response.

205            After you have reached a verdict, you are not required to talk with anyone about the case

206    unless I order you to do so.

207            You may now retire to the jury room to conduct your deliberations.

REED O'Connor
Presiding Judge

Signed this 27th day of October, 2011.

208
**<u>Jury Verdict Form</u>**

209   1. Has DBA proved by a preponderance of the evidence each of the essential elements of its

210   affirmative defense that the Plaintiffs are exempt from the Fair Labor Standards Act under the

211   administrative exemption?

212       **Yes** ✓____            **No** _____

213   Once you have answered Question #1, your deliberations are complete.  Please have your

214   Foreperson sign and date the verdict sheet, and please provide the Court Security Officer with a note

215   stating that you have reached a verdict.  Thank you for your service.

216

217   Foreperson Signature: _Gerald Farris_____

218

219   Foreperson Name (Please Print): _GERALD FARRIS_____

220

221   Date: _27 October 2011_____

11